UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY GRECH,

    Plaintiff,                                                Case No. 08-10729

v.                                                             Honorable John Corbett O'Meara

FORD MOTOR COMPANY,

    Defendant.

_____/

# ORDER DENYING
# PLAINTIFF'S APPLICATION FOR APPOINTMENT OF COUNSEL

This matter came before the court on plaintiff Kimberly Grech's February 21, 2008 application for appointment of counsel. In her *pro se* complaint, Plaintiff has alleged, among other things, that her employer failed to accommodate her disabilities.

The appointment of counsel in a civil case is a privilege and not a constitutional right, one that should be allowed only in exceptional cases. Lopez v. Reyes, 692 F.2d 15, 17 (5th Cir. 1982). The United States Court of Appeals for the Sixth Circuit has advised that district courts, in considering an application for appointment of counsel in civil cases, "should at least consider plaintiff's financial resources, the efforts of plaintiff to obtain counsel, and whether plaintiff's claim appears to have any merit." Henry v. City of Detroit Manpower Dep't., 763 F.2d 757, 760 (6th Cir. 1985).

In reviewing Plaintiff's application, the court finds no exceptional circumstances to allow for the appointment of counsel.

# **ORDER**

It is hereby **ORDERED** that Plaintiff's February 21, 2008 Application for Appointment of Counsel is **DENIED.**

                                                           s/John Corbett O'Meara
                                                           United States District Judge

Date: April 11, 2008

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, April 11, 2008, by electronic and/or ordinary mail.

                                                           s/William Barkholz
                                                           Case Manager