UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY GRECH,

      Plaintiff,

Case No. 08-10729

v.

Honorable John Corbett O'Meara

FORD MOTOR COMPANY,

      Defendant.
      _____/

## **ORDER OF PARTIAL DISMISSAL**

Plaintiff Kimberly Grech filed a two-count complaint in this court February 21, 2008, alleging a violation of the Americans with Disabilities Act in Count I and a violation of Michigan's Persons with Disabilities Civil Rights Act in Count II.

While the claim alleging violations of federal law is cognizable in this court pursuant to 28 U.S.C. § 1331, the remaining allegations in the complaint present a claim based on state law. The parties to this matter are not diverse. Therefore, this court declines to exercise pendent jurisdiction over the state claim. See United Mine Workers v. Gibbs, 383 U.S. 715 (1966); 28 U.S.C. § 1367(c).

Accordingly, it is hereby **ORDERED** that Count II is **DISMISSED.**


                                                          s/John Corbett O'Meara
                                                         United States District Judge

Date: April 11, 2008

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, April 11, 2008, by electronic and/or ordinary mail.

                                                   s/William Barkholz
                                                   Case Manager