UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY GRECH,

    Plaintiff,                                            Case No. 08-10729

vs.                                                         John Corbett O'Meara
                                                                United States District Judge

FORD MOTOR COMPANY,

                                                                 Michael Hluchaniuk
    Defendant.                              United States Magistrate Judge
_____/

## ORDER DENYING PLAINTIFF'S RENEWED
## MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff filed her complaint against defendant on February 21, 2008. (Dkt. 1). With her complaint, she filed an application to proceed *in forma pauperis* and an application for the appointment of counsel. (Dkt. 2, 3). District Judge John Corbett O'Meara denied her application for *in forma pauperis* status on April 11, 2008 given plaintiff's assets, as set forth in her application. (Dkt. 4). Judge O'Meara also denied her request for counsel on April 11, 2008, concluding that no exceptional circumstance existed that would warrant the appointment of counsel. (Dkt. 5). On April 30, 2008, plaintiff renewed her motion for the appointment of counsel. (Dkt. 7). Plaintiff asserts that the previous denial was based on the "assumption that Plaintiff has assets." (Dkt. 7, p. 2).

1

Under 28 U.S.C. § 1915(d), counsel may be appointed to represent an indigent civil litigant, but this authority rests solely within the discretion of the district court. *Reneer v. Sewell*, 975 F.2d 258 (6th Cir. 1988). To determine whether to appoint counsel, the court should consider the following factors: (1) plaintiff's financial resources; (2) plaintiff's efforts to retain counsel; and (3) whether plaintiff's claim appears to have any merit. *Henry v. City of Detroit Manpower Dep't.*, 763 F.2d 757, 760 (6th Cir. 1985). In this case, plaintiff's *in forma pauperis* application was denied, so there has been no determination of indigency. Further, plaintiff offers no basis for the undersigned to revisit the determination reached by Judge O'Meara. Thus, plaintiff is not entitled to the appointment counsel and her renewed motion is **DENIED**.

The Court suggests that plaintiff contact the lawyer referral service offered by the State Bar of Michigan or the local bar association for the county in which she resides. The lawyer referral service program information may be found online at http://www.michbar.org/programs/lawyerreferral.cfm or by calling (800) 968-0738.

**IT IS SO ORDERED.**

The parties to this action may object to and seek review of this Order, but are required to file any objections within 10 days of service hereof as provided for

in 28 U.S.C. § 636(b)(1) and Local Rule 72.1(d)(2). A party may not thereafter assign as error any defect in this Order to which timely objection was not made. Fed.R.Civ.P. 72(a). Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection. Pursuant to Local Rule 72.1(d)(2), any objection must be served on this Magistrate Judge.

Date: October 10, 2008
                s/Michael Hluchaniuk
                Michael Hluchaniuk
                United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send electronic notification to the following: Shannon V. Loverich, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participant: Kimberly Grech, 56041 Birkdale, Macomb Township, MI 48042.

                s/James P. Peltier
                Courtroom Deputy Clerk
                U.S. District Court
                600 Church Street
                Flint, MI 48502
                (810) 341-7850
                pete_peltier@mied.uscourts.gov