UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY GRECH,

        Plaintiff,                       Case No. 08-10729

vs.                                     John Corbett O'Meara
                                        United States District Judge
FORD MOTOR COMPANY,

                                        Michael Hluchaniuk
        Defendant.                  United States Magistrate Judge
_____/

**ORDER DENYING PLAINTIFF'S MOTIONS FOR FILING OF
DOCUMENTS (Dkt. 22) AND WAIVER OF SERVICE (Dkt. 20)**

Plaintiff filed her complaint against defendant on February 21, 2008. (Dkt. 1). On August 14, 2008, plaintiff submitted a "motion to request ex parte and requests notification of due date required." (Dkt. 22). Plaintiff appears to be asking for leave to file documents to support her amended complaint and responses to three filings by defendant, submitted after July 8, 2008. *Id*. Plaintiff appears to be referring to defendant's motion to set aside the default, defendant's response to her motion for default judgment, and defendant's answer/affirmative defenses. Both motions pertaining to the default issues were disposed of by District Judge John Corbett O'Meara on July 30, 2008. (Dkt. 17). Further, plaintiff filed a response to defendant's affirmative defenses (Dkt. 23) on the same date she filed

1

the "motion to request notification," and later filed an amended complaint. (Dkt. 26). Thus, it appears that the relief sought by plaintiff in this motion is moot.

Plaintiff also filed a "request" for an order requiring defendant to acknowledge and respond to plaintiff's disability benefit appeal and a "request" for waiver of service to defendants' counsel. (Dkt. 20). Plaintiff's request, as it relates to her disability benefit appeal, will be addressed via separate order. In response to her request for waiver of service to defendants' counsel, defendant points out that service is not an issue because counsel for defendant has told plaintiff that they will accept service on defendant's behalf and she need only mail pleadings to counsel's office. (Dkt. 21). The Court agrees with defendant and concludes that no relief on plaintiff's request for waiver of service is warranted. She must mail copies of all papers that she files with this Court to the office of defendant's counsel. The Court also reminds plaintiff to label all motions she files with the Court as "motions" instead of identifying them as "requests."

Based on the foregoing, plaintiff's "motion to request ex parte and requests notification of due date required" is **DENIED** as moot and plaintiff's "request" for waiver of service to defendants' counsel is **DENIED**.

**IT IS SO ORDERED.**

The parties to this action may object to and seek review of this Order, but are required to file any objections within 10 days of service hereof as provided for in 28 U.S.C. § 636(b)(1) and Local Rule 72.1(d)(2).  A party may not thereafter assign as error any defect in this Order to which timely objection was not made.  Fed.R.Civ.P. 72(a).  Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection.  Pursuant to Local Rule 72.1(d)(2), any objection must be served on this Magistrate Judge.

Date: October 10, 2008                              s/Michael Hluchaniuk
                                                    Michael Hluchaniuk
                                                    United States Magistrate Judge

### CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send electronic notification to the following: Shannon V. Loverich, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participant: Kimberly Grech, 56041 Birkdale, Macomb Township, MI 48042.

                                                    s/James P. Peltier
                                                    Courtroom Deputy Clerk
                                                    U.S. District Court
                                                    600 Church Street
                                                    Flint, MI 48502
                                                    (810) 341-7850
                                                    pete_peltier@mied.uscourts.gov