UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY GRECH,

        Plaintiff,

vs.

FORD MOTOR COMPANY,

        Defendant.

                             /

Case No. 08-10729

John Corbett O'Meara
United States District Judge

Michael Hluchaniuk
United States Magistrate Judge

## **ORDER STRIKING PLAINTIFF'S REPLY (Dkt. 67)**

This is a civil action filed on February 21, 2008. (Dkt. 1). This case was referred to the undersigned on September 18, 2008 for all pretrial purposes. (Dkt. 32). On November 20, 2008, plaintiff filed a motion to compel discovery. (Dkt. 64). Defendant filed a response in opposition to the motion to compel discovery on November 25, 2008. (Dkt. 66). On December 1, 2008, plaintiff filed a reply and brief to defendant's response. (Dkt. 67). After having reviewed this motion, I find that the reply does not comply with the Local Rules of the Eastern District of Michigan and that the reply must be **STRICKEN** because, at nearly 10 pages, it far exceeds the five page limitation set forth in Local Rule 7.1(c)(3)(B). The plaintiff has 10 days from the date of entry of this Order to file a reply brief that complies with Local Rule 7.1(c)(3)(B).

**IT IS SO ORDERED.**

The parties to this action may object to and seek review of this Order, but are required to file any objections within 10 days of service as provided for in 28 U.S.C. § 636(b)(1) and Local Rule 72.1(d)(2).  A party may not assign as error any defect in this Order to which timely objection was not made.  Fed.R.Civ.P. 72(a).  Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection.  Pursuant to Local Rule 72.1(d)(2), any objection must be served on this Magistrate Judge.

Date: December 2, 2008                         s/Michael Hluchaniuk
                                               Michael Hluchaniuk
                                               United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I certify that on December 2, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send electronic notification to the following: Shannon V. Loverich, and I certify that I have mailed by United States Postal Service the paper to the following non-ECF participant: Kimberly Grech, 56041 Birkdale, Macomb Township, MI 48042.

                                               s/James P. Peltier
                                               Courtroom Deputy Clerk
                                               U.S. District Court
                                               600 Church Street
                                               Flint, MI 48502
                                               (810) 341-7850
                                               pete_peltier@mied.uscourts.gov

2