UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY GRECH,

        Plaintiff,

vs.

FORD MOTOR COMPANY,

        Defendant.
_____/

Case No. 08-10729

John Corbett O'Meara
United States District Judge

Michael Hluchaniuk
United States Magistrate Judge

## *CORRECTED* ORDER
## DENYING PLAINTIFF'S MOTION TO COMPEL (Dkt. 64)

    A.    Procedural History

*Pro se* plaintiff, Kimberly Grech, initially filed her complaint in this matter on February 21, 2008. (Dkt. 1). The complaint was amended once (Dkt. 26) and it has been answered by defendant Ford Motor Company (FMC). (Dkt. 30). The complaint alleges that FMC violated plaintiff's rights under (1) the Employee Retirement Income Security Act, (2) the Americans With Disabilities Act, (3) the Family and Medical Leave Act, and (4) Title VII/Rehabilitation Act. (Dkt. 26). A scheduling order was entered on August 20, 2008, listing various dates for normal events associated with the case to be completed, including discovery. (Dkt. 24).

1

District Judge John Corbett O'Meara referred this matter to the undersigned for all pretrial proceedings. (Dkt. 32).

Plaintiff filed a motion to compel on November 20, 2008. (Dkt. 64). FMC filed a response on November 25, 2008. (Dkt. 66). Plaintiff filed a reply in support of her motion to compel on November 26, 2008. (Dkt. 67). The Court ordered plaintiff's reply stricken for failure to comply with the page limitation for reply briefs found in Local Rule 7.1, allowing plaintiff 10 days to file a corrected reply brief. (Dkt. 68). Due to inadvertent error, the Court entered an order denying plaintiff's motion to compel before allowing her the opportunity to file a corrected reply brief. (Dkt. 71). Plaintiff timely filed her reply on December 12, 2008. (Dkt. 72).

Based on the foregoing, the undersigned's order dated December 12, 2008 (Dkt. 71), to the extent it addresses plaintiff's motion to compel (Dkt. 64) is **WITHDRAWN**, in part, and replaced with the instant Order. Having reviewed plaintiff's corrected reply brief, the Court finds no basis to grant her the relief requested and thus, her motion to compel (Dkt. 64) is **DENIED**.

B.   Plaintiff's November 2, 2008 discovery requests

Plaintiff filed her motion to compel responses to written discovery on November 20, 2008. (Dkt. 64). According to the certificate of service that

accompanied her discovery requests, plaintiff served these requests on FMC on November 2, 2008. (Dkt. 64, p. 7). A party has 30 days from the date of service to respond to interrogatories and requests for production of documents. Fed.R.Civ.P. 33, 34. Thus, when plaintiff filed her motion on November 20, 2008, it was premature, given that FMC's responses were not yet due. Plaintiff's motion to compel responses is, therefore, denied.

C. Service of plaintiff's discovery responses

In her motion to compel, plaintiff also appears to ask the Court to permit her to serve her responses to FMC's discovery requests through the Court. (Dkt. 64, p. 2). Plaintiff must serve her discovery responses on counsel for FMC in a timely and reasonable fashion. If she wishes to have some record of what and when FMC receives her responses, she may serve them by certified mail or a delivery service. Plaintiff's assertions of a dispute regarding the method of delivery of her responses has not, and will not, excuse her obligation to respond to properly served discovery requests. Thus, plaintiff's request is denied.

D. Certificates of Service

Plaintiff again asks this Court to order FMC to "correct its faulty certificates of service," however, she does not identify any purportedly defective certificate of service. (Dkt. 64, p. 2). Plaintiff's corrected reply brief (Dkt. 72), to the extent it

3

relates to her motion to compel,[1] is aimed at explaining her position on this issue. In the Court's view, FMC has gone above and beyond what is required under the rules to ensure that plaintiff receives all of its filings, correspondence, and discovery requests in a timely fashion. This Court finds no material errors in any certificate of service prepared by FMC's counsel or any violations of the rules in its discovery practices. More importantly, the Court discerns no harm or prejudice to plaintiff. Thus, plaintiff's request is denied.

For the foregoing reasons, plaintiff's motion to compel (Dkt. 64) is **DENIED** in its entirety.

**IT IS SO ORDERED.**

The parties to this action may object to and seek review of this Order, but are required to file any objections within 10 days of service as provided for in 28 U.S.C. § 636(b)(1) and Local Rule 72.1(d)(2). A party may not assign as error any defect in this Order to which timely objection was not made. Fed.R.Civ.P. 72(a). Any objections are required to specify the part of the Order to which the party

---

[1] Plaintiff's "reply brief" also encompasses her motion for a hearing before Judge O'Meara, her motion to disqualify the undersigned Magistrate Judge, and her request that the undersigned Magistrate Judge be removed from this matter because plaintiff did not consent to jurisdiction. (Dkt. 72, p. 5). The undersigned does not address any issue or motion that may be presented in plaintiff's reply brief, other than those that relate to her motion to compel (Dkt. 64).

4

objects and state the basis of the objection.  Pursuant to Local Rule 72.1(d)(2), any

objection must be served on this Magistrate Judge.

Date: December 22, 2008                    s/Michael Hluchaniuk
                                                         Michael Hluchaniuk
                                                         United States Magistrate Judge

### CERTIFICATE OF SERVICE

I certify that on December 22, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send electronic notification to the following: Shannon V. Loverich, and I certify that I have mailed by United States Postal Service the paper to the following non-ECF participant: Kimberly Grech, 56041 Birkdale, Macomb Township, MI 48042.

                                                         s/James P. Peltier
                                                         Courtroom Deputy Clerk
                                                         U.S. District Court
                                                         600 Church Street
                                                         Flint, MI 48502
                                                         (810) 341-7850
                                                         pete_peltier@mied.uscourts.gov