UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY GRECH,

      Plaintiff,                               Case No. 08-10729

v.                                             Honorable John Corbett O'Meara

FORD MOTOR COMPANY,

      Defendant.
_____/

**ORDER AFFIRMING
MAGISTRATE JUDGE HLUCHANIUK'S MARCH 13, 2009 ORDER**

      This matter came before the court on plaintiff Kimberly Grech's April 14, 2009 objections to Magistrate Judge Michael J. Hluchaniuk's March 13, 2009 Order Denying Motion for Order to Disqualify and Denying Motion for Order to Cite Authority, Docket #102. Defendant Ford Motor Company filed a response to the objections April 28, 2009. No oral argument was heard.

      Pursuant to Rule 72(a) of the Federal Rules of Civil Procedure, 28 U.S.C. § 636(b)(1)(A), and Local Rule 72.1(d) (E.D. Mich. Sept. 8, 1998), the court has reviewed Magistrate Judge Hluchaniuk's March 13, 2009 order, Plaintiff's objections thereto, and Defendant's response to the objections and finds that the orders are not clearly erroneous or contrary to law.

**ORDER**

      It is hereby **ORDERED** that Magistrate Judge Hluchaniuk's March 13, 2009 order, Docket #102, is **AFFIRMED.**

Date: June 18, 2009                            s/John Corbett O'Meara
                                                  United States District Judge

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, June 18, 2009, by electronic and/or ordinary mail.

                                                          s/William Barkholz
                                                          Case Manager