UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY GRECH,

    Plaintiff,                                           Case No. 08-10729

v.                                                  Honorable John Corbett O'Meara

FORD MOTOR COMPANY,

    Defendant.
_____/

**ORDER AFFIRMING**
**MAGISTRATE JUDGE HLUCHANIUK'S MARCH 13, 2009 ORDERS AND**
**ADOPTING THE MARCH 17, 2009 REPORT AND RECOMMENDATION**

     This matter came before the court on plaintiff Kimberly Grech's April 14, 2009 objections to Magistrate Judge Michael J. Hluchaniuk's: March 13, 2009 Order Regarding Supplemental Response, Docket #100; March 13, 2009 Order Denying Plaintiff's Motion to Strike, Docket #101; and March 17, 2009 Report and Recommendation, Docket #103. Defendant Ford Motor Company filed a response to the objections April 28, 2009. No oral argument was heard.

     Pursuant to Rule 72(a) of the Federal Rules of Civil Procedure, 28 U.S.C. § 636(b)(1)(A), and Local Rule 72.1(d) (E.D. Mich. Sept. 8, 1998), the court has reviewed Magistrate Judge Hluchaniuk's March 13, 2009 orders, Plaintiff's objections thereto, and Defendant's response to the objections and finds that the orders are not clearly erroneous or contrary to law.

     Pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, 28 U.S.C. § 636(b)(1)(B), and LR 72.1(d)(2), the court has reviewed Magistrate Judge Hluchaniuk's March 17, 2009 Report and Recommendation as well as Plaintiff's objections filed thereto and Defendant's response to those objections. After conducting a *de novo* review, the court accepts the magistrate judge's report and recommendation as the court's findings and conclusions.

**ORDER**

     It is hereby **ORDERED** that Magistrate Judge Hluchaniuk's March 13, 2009 orders, Docket #'s 100 and 101, are **AFFIRMED.**

It is further **ORDERED** that Magistrate Judge Hluchaniuk's March 17, 2009 Report and Recommendation, Docket #103, is **ADOPTED.**

s/John Corbett O'Meara  
United States District Judge

Date:  June 18, 2009

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, June 18, 2009, by electronic and/or ordinary mail.

s/William Barkholz  
Case Manager
