UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY GRECH,

        Plaintiff,        Case no. 08-10729

v.

        Honorable John Corbett O'Meara

FORD MOTOR COMPANY,

        Defendant.

        _____/

## ORDER ADOPTING MAGISTRATE JUDGE HLUCHANIUK'S REPORT AND RECOMMENDATION

This matter is before the court on Magistrate Judge Hluchaniuk's June 12, 2009 Report and Recommendation. No objections have been filed.

Pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, 28 U.S.C. § 636(b)(1)(B), and LR 72.1(d)(2), the court has reviewed Magistrate Judge Hluchaniuk's June 12, 2009 Report and Recommendation. After conducting a *de novo* review, the court accepts the magistrate judge's report and recommendation as the court's findings and conclusions.

### ORDER

IT IS HEREBY ORDERED that Magistrate Judge Hluchaniuk's June 12, 2009 Report and Recommendation is ADOPTED.

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss in Part, filed November 06, 2008 is GRANTED and all of Plaintiff's non-ERISA claims are DISMISSED with prejudice.

                        s/John Corbett O'Meara
                        United States District Judge

Date: June 30, 2009

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, June 30, 2009, by electronic and/or ordinary mail.

                                                      s/William Barkholz
                                                     Case Manager