UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY GRECH,

    Plaintiff,                                  Case No. 08-10729

v.                                          Honorable John Corbett O'Meara

FORD MOTOR COMPANY,

    Defendant.
                                          /

## ORDER ADOPTING SEPTEMBER 11, 2009 REPORT AND RECOMMENDATION

      This matter came before the court on plaintiff Kimberly Grech's September 28, 2009 objections to Magistrate Judge Michael J. Hluchaniuk's September 11, 2009 Report and Recommendation. No response was filed and no oral argument was heard.

      Pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, 28 U.S.C. § 636(b)(1)(B), and LR 72.1(d)(2), the court has reviewed Magistrate Judge Hluchaniuk's September 11, 2009 Report and Recommendation as well as Plaintiff's objections filed thereto. After conducting a *de novo* review, the court accepts the magistrate judge's report and recommendation as the court's findings and conclusions.

## ORDER

      It is hereby **ORDERED** that Magistrate Judge Hluchaniuk's September 11, 2009 Report and Recommendation is **ADOPTED**; and defendant Ford's motion for judgment on the record is **GRANTED** and plaintiff Grech's motion for summary judgment is **DENIED.**

                                                            s/John Corbett O'Meara
                                                            United States District Judge

Date: September 29, 2009

   I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, September 29, 2009, using the ECF system and/or ordinary mail.

            <u>s/William Barkholz</u>
            Case Manager