UNITED STATES DISTRICT COURT

DISTRICT OF ███████ MICHIGAN

Kimberly Grech

v.          CIVIL CASE NO. 08-10729

Ford Motor Company

## Motion for an Extension of Time to File a Notice of Appeal

Pursuant to F.R.A.P. 4(a)(5), __Kimberly Grech__ respectfully requests leave to
(appealing party)

file the within notice of appeal out of time. __Plaintiff__ desires to appeal
(appealing party)

the judgment in this action entered on __December 20, 2022__, but failed to file a notice of appeal within the required number of days because:

Explain the "excusable neglect" or "good cause" which lead to your failure to file a notice of appeal with the required number of days.

Plaintiff suffered from severe covid and strep throat. Ms. Grech informed the Defense and the Pro Se Case Manager of her illness and filed the Notice of Appeal when she became well enough

Plaintiff pray this Honorable Court remove Defense Counsel in accordance with Canons and Conflicts of Interest and violation of FRCP's of Discovery and Plaintiff's Motions for Protection Order against members of the Defense Counsel who are conflicted at the AGC, ABD, State Bar.

Signature _Kimberly Grech_ (signed)

Date March 3, 2023

Print Name Kimberly Grech

Address Domestic Violence Survivor

email: freepeople10@live.com

Phone # 586-876-2983

Rev. 8-18-21