UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY GRECH,

        Plaintiff,                       Case No. 08-10729

vs.                                        HON. MARK A. GOLDSMITH

FORD MOTOR COMPANY,

        Defendant.
_____/

**ORDER GRANTING PLAINTIFF'S MOTIONS FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL (Dkts. 171, 172)**

This matter is before the court on Plaintiff Kimberly Grech's motions for an extension of time to file a notice of appeal (Dkts. 171, 172). Having considered the motions, the Court grants the motions. Grech has already filed her notice of appeal (Dkt. 173).

SO ORDERED.

Dated: June 6, 2023                            s/Mark A. Goldsmith
     Detroit, Michigan                     MARK A. GOLDSMITH
                                                         United States District Judge