No. 23-1080

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jun 6, 2023
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| KIMBERLY GRECH, ) | |
| ) | |
| Plaintiff-Appellant, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| FORD MOTOR COMPANY, ) | |
| ) | |
| Defendant-Appellee. ) | |
| ) | |
| ) | |

Before: MOORE, Circuit Judge.

This matter is before the court upon initial review of the notice of appeal. The district court entered its order denying Kimberly Grech's post-judgment motions on December 20, 2022. The notice of appeal filed on January 27, 2023, is late. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a), 26(a).

By prior order, we noted that Grech had not moved in the district court for an extension of time to appeal under Federal Rule of Appellate Procedure 4(a)(5) or for reopening of the time to appeal under Federal Rule of Appellate Procedure 4(a)(6). We advised Grech that, unless such a motion was filed in and granted by the district court, we would be required to dismiss the appeal. We therefore directed Grech to show cause why her appeal should not be dismissed as untimely.

Grech has filed a response to the show-cause order that primarily reargues the merits of her underlying action. In addition, however, she has filed a motion for an extension of time to appeal in the district court, which remains pending.

Both 28 U.S.C. § 2107(c) and Federal Rule of Appellate Procedure 4(a)(5) provide for the possibility of an extension of time to file a notice of appeal if the party seeking such an extension

files a motion in the district court asking for more time. *See Martin v. Sullivan*, 876 F.3d 235, 237 (6th Cir. 2017) (per curiam). Accordingly, this case is **REMANDED** to the district court for consideration of whether Grech's time for filing a notice of appeal should be extended. While on limited remand, Grech's appeal is held in abeyance. Upon ruling, the district court shall return the case to this court for further proceedings as may be appropriate.

                                      ENTERED BY ORDER OF THE COURT

                                      Deborah S. Hunt, Clerk

United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 06/06/2023.

**Case Name:** Kimberly Grech v. Ford Motor Company
**Case Number:** 23-1080

**Docket Text:**
ORDER filed: This case is REMANDED to the district court for consideration of whether Grech's time for filing a notice of appeal should be extended. While on limited remand, Grech's appeal is held in abeyance. Upon ruling, the district court shall return the case to this court for further proceedings as may be appropriate. Karen Nelson Moore, Circuit Judge.

**The following documents(s) are associated with this transaction:**
Document Description: Order

**Notice will be sent to:**

Ms. Kimberly Grech
56041 Birkdale Drive
Macomb Township, MI 48042

**A copy of this notice will be issued to:**

Ms. Kinikia D. Essix
Ms. Elizabeth Phelps Hardy
Mr. David Andrew Porter