UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY GRECH,

        Plaintiff,                             Case No. 08-10729

vs.                                             HON. MARK A. GOLDSMITH

FORD MOTOR COMPANY,

        Defendant.
_____/

## ORDER RETURNING CASE TO THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT

      Plaintiff Kimberly Grech filed motions for an extension of time to file a notice of appeal (Dkts. 171, 172). Grech later filed a notice of appeal (Dkt. 173). On June 6, 2023, the Court granted the motions for an extension of time to file a notice of appeal (Dkt. 175). That same day, the United States Court of Appeals for the Sixth Circuit issued an order remanding the case to this Court for consideration of the motions and directing the Court, upon ruling, to return the case to the Sixth Circuit for further proceedings as may be appropriate (Dkt. 176). Pursuant to that order, the Court returns the case to the Sixth Circuit for further proceedings.

      SO ORDERED.

Dated: June 15, 2023                               s/Mark A. Goldsmith
      Detroit, Michigan                         MARK A. GOLDSMITH
                                              United States District Judge